**Order filed March 5, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00663-CV

———————

### ROY JORDAN, JR., Appellant

### V.

### CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC AND CENTERPOINT ENERGY, INC., Appellees

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2015-53281**

## O R D E R

Appellant's brief was due February 25, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 19, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM